*Certiorari Granted.* (*See also No. 202, Misc., supra.*)

No. 442. COHEN, EXECUTRIX, ET AL. *v.* BENEFICIAL INDUSTRIAL LOAN CORP. ET AL.; and

No. 512. BENEFICIAL INDUSTRIAL LOAN CORP. *v.* SMITH, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari granted. *Edward J. O'Mara, Charles Hershenstein, Samuel Dreskin* and *Philip B. Kurland* for petitioners in No. 442. *John M. Harlan* and *Charles Danzig* for the Beneficial Industrial Loan Corporation, petitioner in No. 512 and respondent in No. 442.

No. 495. FEDERAL COMMUNICATIONS COMMISSION *v.* WJR, THE GOODWILL STATION, INC. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Solicitor General Perlman* and *Benedict P. Cottone* for petitioner. *Louis G. Caldwell, Donald C. Beelar* and *Percy H. Russell, Jr.* for WJR, The Goodwill Station, Inc., respondent.

No. 522. RAGAN *v.* MERCHANTS TRANSFER & WAREHOUSE Co., INC. C. A. 10th Cir. Certiorari granted. *Daniel L. Brenner* for petitioner. *Douglas Hudson* for respondent.

No. 344, Misc. WATTS *v.* INDIANA. Petition for writ of certiorari to the Supreme Court of Indiana granted and case ordered transferred to the appellate docket. The stay order of January 31, 1949, is continued and it is ordered that execution of the sentence of death be stayed pending the final disposition of this case by this Court. *Thurgood Marshall, Franklin H. Williams* and *Henry J. Richardson* for petitioner. *J. Emmett McMan-*